# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

DR. JAMES G. HOOD, D.D.S., M.S., P.S, a Washington corporation,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-0296-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant pursuant to the Order Granting Defendant's Motion for Summary Judgment entered on November 21, 2007, Ct. Rec. 28.

November 21, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas